IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| RANDA MULANAX, for herself and all others similarly situated, | § § § § § | |
| *Plaintiff*, | § § | |
| v. | § § | CIVIL ACTION NO. 1:15-cv-1189-RP |
| STEADFAST MANAGEMENT COMPANY, INC. AND SIR MONTECITO, LLC, | § § § § § | |
| *Defendants*. | § § § § | |

**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS' OPPOSED MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

Pursuant to Federal Rule of Evidence 201(b), (c)(2), and (d), Defendants Steadfast Management Company, Inc. and SIR Montecito, LLC (collectively "Defendants") request that the Court take judicial notice of the following documents supporting Defendants' Motion to Dismiss Plaintiff's Complaint:

1. Legislative History, Texas Water Code section 13.503(c), S.B. 2126, August 4, 2009, attached hereto as Exhibit 1.

The Court may take judicial notice of material upon which the plaintiff's complaint "necessarily relies" where no party "questions the authenticity of the document." *United States v. Corinthian Colleges*, 655 F.3d 984, 999 (9th Cir. 2011).

2. TCEQ Core Data Form, dated November 1, 2006; Registration of Submetered or Allocated Utility Service, dated January 30, 2001, collectively attached hereto as Exhibit 2.

The Court may take judicial notice of material upon which the plaintiff's complaint "necessarily relies" where no party "questions the authenticity of the document." *United States v. Corinthian Colleges*, 655 F.3d 984, 999 (9th Cir. 2011).

Respectfully Submitted,

__/s/ Jaikaran Singh__
**JAIKARAN SINGH**
*Admitted Pro Hac Vice*

**DENTONS US LLP**
600 WEST BROADWAY, SUITE 2600
SAN DIEGO, CALIFORNIA 92101-3372
JAI.SINGH@DENTONS.COM
(619) 233-2960
(619) 744-3682 FAX

**CLINTON A. ROSENTHAL**
STATE BAR NO. 24037393

**STRASBURGER & PRICE, LLP**
720 BRAZOS STREET, SUITE 700
AUSTIN, TEXAS 78701-2974
CLINT.ROSENTHAL@STRASBURGER.COM
(512) 499-3600
(512) 499-3660 FAX

*ATTORNEYS FOR DEFENDANTS*

## CERTIFICATE OF SERVICE

  I certify that on the 7th day of March 2016, I electronically filed the foregoing document with the Clerk of the Court pursuant to the Electronic Filing Procedures and using the CM/ECF system, which will send notification of such filing to the following parties:

Britton D. Monts
The Monts Firm
P.O. Box 164287
Austin, Texas 78716
(512) 474-6092
bmonts@themontsfirm.com

Jason W. Snell
The Snell Law Firm, PLLC
The Littlefield Building
106 E. 6th Street, Suite 330
Austin, Texas 78701
(512) 477-5291
jsnell@snellfirm.com

Richard E. Norman
Crowley Norman LLP
Three Riverway, Suite 1775
Houston, Texas 77056
(713) 651-1771
rnorman@crowleynorman.com

Ronald Martin Weber, Jr.
Crowley Norman LLP
Three Riverway, Suite 1775
Houston, Texas 77056
(713) 651-1771
mweber@crowleynorman.com

            /s/ Jaikaran Singh
            JAIKARAN SINGH

USW 805431238.1