IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| RANDA MULANAX, § | |
| for herself and all § | |
| others similarly situated, § | |
| § | |
| *Plaintiff*, § | |
| § | |
| V. § | CIVIL CASE NO. 1:15-cv-1189-RP |
| § | |
| STEADFAST MANAGEMENT § | |
| COMPANY, INC. § | |
| AND SIR MONTECITO, LLC, § | |
| § | |
| *Defendants*. § | |

**AGREED MOTION REQUESTING A**
**CLASS SETTLEMENT PRELIMINARY APPROVAL HEARING DATE**

Plaintiff Randa Mulanax ("Plaintiff") and Defendants Steadfast Management Company, Inc. and SIR Montecito, LLC ("Defendants") jointly submit this Agreed Motion Requesting A Class Settlement Preliminary Approval Hearing Date.

The Parties participated in a mediation of this case on November 15, 2016, in Dallas, Texas with Christopher Nolland, an accredited neutral. At the mediation, the Parties reached an agreement in principle to settle this on a class wide basis. The Parties are in the process of preparing settlement documents, including a settlement agreement, to submit to the Court for preliminary approval of the class settlement. The Parties have also agreed that the settlement agreement will be negotiated and executed by the Parties by December 24, 2016.

1

Plaintiff will file her motion for preliminary approval on January 13, 2017.  The Parties have met and conferred on available dates and jointly request that the Court schedule a preliminary approval hearing in this case for either **January 17, 24, 25** or **26**.

Submitted this 7th day of December 2016.

>Respectfully submitted,
>
>By: */s/ Britton D. Monts*
>BRITTON D. MONTS
>Bar No. 14303900
>THE MONTS FIRM
>401 Congress Ave., Suite 1540
>Austin, Texas 78701-3851
>bmonts@themontsfirm.com
>(512) 474-6092 – Telephone
>(512) 692-2981 – Fax
>
>R. MARTIN WEBER, JR.
>Texas Bar No. 00791895
>RICHARD E. NORMAN
>Texas Bar No. 00788128
>CROWLEY NORMAN LLP
>Three Riverway, Suite 1775
>Houston, Texas 77056
>rnorman@crowleynorman.com
>mweber@crowleynorman.com
>(713) 651-1771 – Telephone
>(713) 651-1775 – Fax
>
>JASON W. SNELL
>Bar No. 24013540
>THE SNELL LAW FIRM, PLLC
>The Snell Law Firm, PLLC
>221 W. 6th Street, Suite 900
>Austin, Texas 78701
>firm@snellfirm.com
>(512) 477-5291 – Telephone
>(512) 477-5294 – Fax

RUSSELL S. POST
State Bar No. 00797258
KARSON THOMPSON
State Bar No. 24083966
BECK REDDEN LLP
1221 McKinney Street, Suite 4500
Houston, TX 77010
rpost@beckredden.com
kthompson@beckredden.com
(713) 951-3700 – Telephone
(713) 951-3720 – Fax

*ATTORNEYS FOR PLAINTIFF AND THE PUTATIVE CLASS*

By:  /s/ Jaikaran Singh
JAIKARAN SINGH
DENSON US LLP
4655 Executive Drive, Suite 700
San Diego, CA 92121
jai.singh@dentons.com
(619) 233-2960 – Telephone
(619) 232-8311 – Fax

CLINTON A. ROSENTHAL
State Bar No. 24037393
CAIN & SKARNULIS PLLC
400 W. 15th Street, Suite 900
Austin, Texas 78701
crosenthal@cstrial.com
(512) 477-5000 – Telephone
(512) 477-5011 – Fax

*ATTORNEYS FOR DEFENDANTS*

3

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing document was served upon all counsel of record via electronic mail service pursuant to the Federal Rules of Civil Procedure on December 7, 2016.

*/s/ Jaikaran Singh*
JAIKARAN SINGH

102023309